In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00528-CV


____________________



IN THE INTEREST OF J.C.






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-202,205






MEMORANDUM OPINION


 On April 2, 2009, we ordered the trial court to conduct a hearing to determine whether
the appellant desires to prosecute his appeal. See Tex. R. App. P. 38.8(b)(3). Appellant
appeared at the hearing, and appellant stated on the record that he no longer wishes to pursue
his appeal. No opinion has issued in this case, and no other party has filed a notice of appeal. 
Therefore, we dismiss the appeal. See Tex. R. App. P. 2, 42.1(a)(1). 

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered June 11, 2009

Before McKeithen, C.J., Kreger and Horton, JJ.